JS-6

LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd, Suite 3225
Los Angeles, CA 90017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROBERT FERENC,<br>Plaintiff,<br>vs.<br>OMNI RANCHO LAS PALMAS, LLC, and DOES 1 to 10, Inclusive,<br>Defendants. | CASE NO. 5:26-cv-00752 KK (DTBx)<br>**ORDER REGARDING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br>*(Assigned to District Judge Kenly Kiya Kato and Magistrate Judge David T. Bristow)* |

Pursuant to the Stipulation of the Parties to Remand Action to State Court (the "Stipulation") filed by Plaintiff ROBERT FERENC and Defendant OMNI RANCHO LAS PALMAS, LLC, and good cause appearing therefor, the Court finds and orders as follows:

This action was removed from the Superior Court of the State of California, County of Riverside, Palm Springs Branch, on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), on the ground that complete diversity of citizenship existed between Plaintiff, a citizen of the State of California, and Defendant OMNI

LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd, Suite 3225
Los Angeles, CA 90017

RANCHO LAS PALMAS, LLC, and that the amount in controversy exceeded $75,000, exclusive of interest and costs.

Defendant intends to file a Cross-Complaint naming Reza Basharzad, a citizen of the State of California, as a cross-defendant. Because Plaintiff and cross-defendant Basharzad are both citizens of the State of California, the joinder of Basharzad destroys the complete diversity of citizenship that was the sole basis for this Court's subject matter jurisdiction over this action.

The Court finds that it will no longer have subject matter jurisdiction over this action under 28 U.S.C. § 1332, and that remand is appropriate under 28 U.S.C. §§ 1447(c) and 1447(e).

Accordingly, IT IS HEREBY ORDERED that:

1. This action, Case No. 5:26-cv-00752 KK (DTBx), is REMANDED in its entirety to the Superior Court of the State of California, County of Riverside, Palm Springs Branch, from which it was originally removed; and

2. The Clerk of this Court shall close this federal case.

IT IS SO ORDERED. (JS-6)

Dated: July 21, 2026

HON. KENLY KIYA KATO
United States District Judge